IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:10-CR-59-RLV-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO UNSEAL INDICTMENT** |
| | ) | |
| RANDALL MICHAEL LAWSON | ) | |
| | ) | |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment numbered above and arrest warrant be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment and arrest warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: May 5, 2011

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff